Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (844) 927-4680
Email: jane_imholte@fd.org

*Counsel for Defendant Zobaidul Amin*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>ZOBAIDUL AMIN,<br><br>                Defendant. | Case No. 3:22-cr-00055-SLG-KFR |

**NOTICE OF APPEARANCE FOR DEFENDANT**

       Jane M. Imholte, Assistant Federal Defender, hereby enters her appearance as counsel for Defendant Zobaidul Amin. All future service regarding this matter should be addressed to the undersigned at the above-listed address.

       DATED this 6th day of March, 2026.

                                                                     Respectfully submitted,
                                                                     FEDERAL PUBLIC DEFENDER
                                                                     DISTRICT OF ALASKA

                                                                     */s/ Jane M. Imholte*
                                                                     Jane M. Imholte
                                                                     Assistant Federal Defender

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on March 6, 2026. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
/s/ Jane M. Imholte

*United States v. Zobaidul Amin*
Case No. 3:22-cr-00055-SLG-KFR   Page 2

Case 3:22-cr-00055-SLG-KFR   Document 40   Filed 03/06/26   Page 2 of 2